IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
INDIANA

| | |
|---|---|
| STATE OF INDIANA, and<br><br>DIEGO MORALES, in his official capacity as INDIANA SECRETARY OF STATE,<br><br>                                  *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and<br><br>KRISTI NOEM, in her official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>                                  *Defendants*. | Civil Action No. 1:25-cv-00732 |

**RETURN OF SERVICE**

Plaintiffs, by counsel, hereby certify that on April 28, 2025, the Petition and Summons in this cause were served upon Defendant United States Department of Homeland Security, through their General Counsel Joseph N. Mazzara, as noted in the attached Exhibit A.

Plaintiffs also, by counsel, hereby certify that on April 29, 2025, the Petition and Summons in this cause were served upon Defendant Kristi Noem, in her official capacity as Secretary of Homeland Security, through the Department of Homeland Security's General Counsel Joseph N. Mazzara, by certified mail, as noted in the

1

attached Exhibit B.

The Petition and Summons in this cause were also served upon the Attorney General of the United States, Pamela Bondi, on April 29, 2025, by certified mail, as noted in the attached Exhibit C.

The Petition and Summons in this cause were also served upon the acting U.S. Attorney for the Southern District of Indiana, John E. Childress, on April 25, 2025, by certified mail, as noted in the attached Exhibit D.

Dated: April 30, 2025                                   Respectfully submitted,

THEODORE E. ROKITA
  *Attorney General of Indiana*

/s/ Corrine L. Youngs
Corrine L. Youngs
  *Policy Director & Legislative Counsel*
Blake E. Lanning
  *Assistant Chief Deputy*
Joshua J. David
  *Deputy Attorney General*

Office of the Indiana Attorney General
IGC South, Fifth Floor
302 W. Washington Street
Indianapolis, IN 46204
(317) 232-6201
Corrine.Youngs@atg.in.gov
Blake.Lanning@atg.in.gov
Joshua.David@atg.in.gov

*Counsel for the State of Indiana*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

/s/ Corrine L. Youngs
Corrine L. Youngs
  *Policy Director & Legislative Counsel*
Blake E. Lanning
  *Assistant Chief Deputy*
Joshua J. David
  *Deputy Attorney General*

Office of the Indiana Attorney General
IGC South, Fifth Floor
302 W. Washington Street
Indianapolis, IN 46204
(317) 232-6201
Corrine.Youngs@atg.in.gov
Blake.Lanning@atg.in.gov
Joshua.David@atg.in.gov

*Counsel for the State of Indiana*