# Exhibit A

**UNITED STATES POSTAL SERVICE**

April 28, 2025

Dear MAIL MAIL:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 0661 5400 0206 4362 65**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | April 28, 2025, 7:55 am |
| Location: | WASHINGTON, DC 20528 |
| Postal Product: | USPS Ground Advantage™ |
| Extra Services: | Certified Mail™ |
|  | Return Receipt Electronic |
| Recipient Name: | C O JOSEPH MAZZARA |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | Jose M Reyes [handwritten notations: 90.993 / RUN-19, 20600; 80993 RUN-19 20599; 20229 20223 20529 30536 20472] |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

The customer reference information shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

Reference ID: 92148901066154000206436265

C/O JOSEPH MAZZARA
US Dept of Homeland Security
245 Murray Ln SW Stop 485
Washington, DC  20528-0485