Exhibit C

UNITED STATES POSTAL SERVICE

April 29, 2025

Dear MAIL MAIL:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 0661 5400 0206 4366 09**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 29, 2025, 5:07 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | USPS Ground Advantage™ |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | PAMELA BONDI   US ATTORNEY GENERAL |

**Recipient Signature**

Signature of Recipient: [signature image]

Address of Recipient: [address image]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

The customer reference information shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

Reference ID: 92148901066154000206436609

PAMELA BONDI - US ATTORNEY GENERAL
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC  20530-0001