# Exhibit D

**UNITED STATES POSTAL SERVICE**

April 25, 2025

Dear MAIL MAIL:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 0661 5400 0206 4366 85**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | April 25, 2025, 10:54 am |
| Location: | INDIANAPOLIS, IN 46204 |
| Postal Product: | USPS Ground Advantage™ |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | JOHN E  CHILDRESS   U S  ATTORNEY |

**Recipient Signature**

Signature of Recipient: *Garrett Doud*

Address of Recipient: *10 W Market 20*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

The customer reference information shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

Reference ID: 92148901066154000206436685

JOHN E. CHILDRESS - U.S. ATTORNEY
Southern District of Indiana
10 W Market St Ste 2100
Indianapolis, IN  46204-3048