UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STATE OF INDIANA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:25-cv-00732-JRS-MJD |
| ) | |
| DEPARTMENT OF HOMELAND SECURITY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on the parties' Joint Motion for a 60-Day Extension of all Deadlines. [Dkt. 14.] The Court, being duly advised, hereby **GRANTS** the motion. Defendants' shall answer or otherwise respond to the complaint on or before **August 25, 2025**.

The July 2, 2025 telephonic initial pretrial conference is hereby **CONTINUED** to **Monday, September 8, 2025 at 11:30 a.m. (Eastern)**. Section III(A) through (E) of the parties' proposed Case Management Plan shall include the following deadlines:

   A. The parties shall serve their Fed. R. Civ. P. 26 initial disclosures on or before **September 12, 2025**.

   B. Plaintiff(s) shall file preliminary witness and exhibit lists on or before **September 16, 2025**.

   C. Defendant(s) shall file preliminary witness and exhibit lists on or before **September 18, 2025**.

   D. All motions for leave to amend the pleadings and/or to join additional parties shall be filed on or before **October 3, 2025**.

   E. Plaintiff(s) shall serve Defendant(s) (but not file with the Court) a statement of special damages, if any, and make a settlement demand, on or before **September 16, 2025**. Defendant(s) shall serve on the Plaintiff(s) (but not file with the Court)

a response thereto **within 21 days after receipt of the demand**. The parties shall forward copies of their settlement demands and responses when made to Magistrate Judge Dinsmore at MJDinsmore@insd.uscourts.gov.

All other requirements of the Court's June 9, 2025 Scheduling Order [Dkt. 13] remain in effect.

SO ORDERED.

Dated: 20 JUN 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.