UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| STATE OF INDIANA, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>  Defendants. | Civil Action No. 1:25-cv-732-JRS-MJD |

**DEFENDANTS' UNOPPOSED MOTION TO LIFT STAY**

On October 6, 2025, the Court issued an order granting Defendants' unopposed motion for a stay due to the lapse in appropriations, ECF No. 24, and also ordered Defendants to "file a motion to lift the stay, with a proposed deadline for Defendants' response to the Complaint, within seven days of the date Defendant is permitted by law to resume litigating this case." Order, ECF No. 25.

On November 12, 2025, the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act of 2026 was signed into law by the President. That law restored appropriations to the Department of Justice and the Department of Homeland Security, effective November 13, 2025. Defendants thus file this motion and request that the stay be lifted, as required by the Court's Order of October 6, 2025.

As reported in prior filings, before the lapse in appropriations, the parties were engaged in active settlement discussions, and were close to reaching an agreement that would have resulted in the dismissal of this suit, in its entirety, without the need for further involvement from the Court. The lapse in appropriations delayed those discussions, but they have now resumed, with the most recent proposals having been exchanged between the parties earlier this week. Nevertheless, due to the delay caused by the lapse in appropriations, the parties' discussions are not yet completed, and the parties thus need a brief period of additional time to reach an agreement to resolve this case and reduce it to writing.

Accordingly, accounting for the delay caused by the lapse in appropriations and the upcoming holidays, Defendants propose that their deadline to answer or otherwise respond to the complaint be set for December 18, 2025. Defendants are hopeful that this case will be settled and dismissed before that date. Plaintiffs do not oppose this motion.

DATE: November 20, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
Florida Bar No. 1041279
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*