## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| STATE OF INDIANA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-732-JRS-MJD |

### [PROPOSED] ORDER

Upon consideration of Defendants' unopposed motion to lift the stay, and the entire record herein, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**; it is further

**ORDERED** that the stay of this matter due to the lapse in appropriations is **LIFTED**; and it is further

**ORDERED** that Defendants shall answer or otherwise respond to the complaint on or before December 18, 2025, if this case is not dismissed before that date.

**SO ORDERED**.

Date: _____       _____