UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STATE OF INDIANA, et al., | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) No. 1:25-cv-00732-JRS-MJD |
| DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) ) ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, State of Indiana and Diego Morales in his official capacity as Indiana Secretary of State, hereby give notice that this action is voluntarily dismissed. Defendants, Department of Homeland Security and Kristi Noem in her official capacity as Secretary of the Department of Homeland Security, have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiffs notice voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Respectfully submitted,

THEODORE E. ROKITA
Attorney General of Indiana
Attorney No. 18857-49

Date: December 1, 2025     By:     */s/Blake E. Lanning*
Blake E. Lanning
Assistant Chief Deputy
Attorney No. 35282-24

*/s/ William D. Young*
William D. Young
Director of Policy and Strategic Initiatives
Attorney No. 37012-29

1

OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317)-232-1146/ Facsimile: (317) 232-7979
E-mail: Blake.Lanning@atg.in.gov
E-mail: William.Young@atg.in.gov